RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 3/16/12

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

---

UNITED STATES OF AMERICA

versus CRIMINAL NO. 11-0031
 JUDGE TOM STAGG
JOHN TUMA

---

### BENCH RULING

MOTIONS FOR JUDGMENT OF ACQUITTAL ARE GOVERNED BY FEDERAL RULE OF CRIMINAL PROCEDURE 29. RULE 29(A) PROVIDES THAT THE COURT SHALL, ON MOTION OF A DEFENDANT OR ON ITS OWN MOTION, ORDER THE ENTRY OF A JUDGMENT OF ACQUITTAL OF ONE OR MORE OFFENSES CHARGED IN THE INDICTMENT AFTER THE EVIDENCE ON EITHER SIDE IS CLOSED IF THE EVIDENCE IS INSUFFICIENT TO SUSTAIN A CONVICTION FOR SUCH OFFENSE OR OFFENSES.

THE ONLY GROUND FOR A MOTION FOR JUDGMENT OF ACQUITTAL IS THAT THE EVIDENCE IS INSUFFICIENT TO SUSTAIN A CONVICTION. THE TEST FOR REVIEWING THE SUFFICIENCY OF THE

EVIDENCE IS WHETHER A REASONABLE MIND COULD FAIRLY FIND THE DEFENDANT GUILTY BEYOND A REASONABLE DOUBT, VIEWING THE EVIDENCE IN THE LIGHT MOST FAVORABLE TO THE GOVERNMENT. SEE UNITED STATES V. BARRERA, 547 F.2D 1250, 1255 (5TH CIR. 1977).

THIS COURT'S ROLE IN EVALUATING THE EVIDENCE IS QUITE LIMITED. EVEN THOUGH THIS COURT HAS HEARD THE TESTIMONY OF THE WITNESSES FIRST HAND, IT CANNOT WEIGH THE EVIDENCE OR ASSESS THE CREDIBILITY OF THE WITNESSES. SEE UNITED STATES V. HERNANDEZ-PALACOS, 838 F.2D 1346, 1348 (5TH CIR. 1988).

TAKING ALL OF THE EVIDENCE INTRODUCED BY THE GOVERNMENT AND ASSUMING IT TO BE TRUE, AS I MUST, I DENY THE MOTION FOR ACQUITTAL.

I EMPHASIZE THAT MY DUTY AT THIS POINT IN THE TRIAL IS TO VIEW THE EVIDENCE IN THE LIGHT MOST FAVORABLE TO THE GOVERNMENT. ANY WEAKNESSES WHICH THIS COURT MAY OR MAY NOT PERCEIVE IN THE GOVERNMENT'S CASE DO NOT RISE TO THE LEVEL NECESSARY TO GRANT THE MOTION FOR ACQUITTAL.

**THUS DONE AND SIGNED** AT SHREVEPORT, LOUISIANA, THIS THE 16th DAY OF MARCH, 2012.

_____
JUDGE TOM STAGG